# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| CHRISTOPHER RYAN SPARKS, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-14-1317-F |
| GARFIELD COUNTY JAIL, et al., | ) |
| Defendants. | ) |

## ORDER

This action is brought by Christopher Ryan Sparks, a prisoner who proceeds *pro se*, under 42 U.S.C. § 1983. The Report and Recommendation of Magistrate Judge Shon T. Erwin, doc. no. 6, recommends dismissal without prejudice for plaintiff's failure to pay the initial filing fee. No objection has been made to the Report, and no extension of time within which to object has been requested. Nor has the filing fee been paid. Having reviewed the matter, the Report is **ACCEPTED**, **AFFIRMED** and **ADOPTED**. As recommended in the Report, this action is **DISMISSED** without prejudice for failure to pay the filing fee.

Dated this 17th day of February, 2015.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-1317p001.wpd